Case 4:14-cr-00020 Document 191 Filed in TXSD on 03/17/16 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION H-14-20-003-S |
| | § § § | |
| JOHN PATRICK ACORD | § | |

## Order

Pending before the court is defendant John Patrick Acord's motion to order the government to compel Acord's co-defendant Steven Jones to produce all documents in Jones's possession relating to Intermodal Wealth, Inc., a Panamanian corporation. Dkt. 163. The court noted in a previous order that it would defer ruling on this motion until it received a status update from the Government. *See* Dkt. 184. The Government has now filed the status update. Dkt. 190. The Government advises that it has met with Jones and his counsel and that Jones maintains that he has no records in his possession or control relating to Intermodal Wealth. Dkt. 190. The Government also advises that it unsuccessfully pursued other means of obtaining documents related to Intermodal Wealth, that it provided all bank records it has to defense counsel, and that it is seeking a search warrant from Google to obtain access to the company's emails, which are on a gmail account. Because the Government has already attempted to compel Jones to produce documents, Acord's motion (Dkt. 163) is DENIED AS MOOT.

Signed at Houston, Texas on March 17, 2016.

_____
Gray H. Miller
United States District Judge